THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> OMAR ISRAEL-MORALES, <br><br> Defendant. | CASE NO. CR20-0136-JCC-3 <br><br> ORDER |

    This matter comes before the Court on Defendant Omar Israel-Morales's motion to modify the conditions of his supervised release. (Dkt. No. 242.)

    In 2021, Mr. Israel-Morales pleaded guilty to conspiracy to distribute controlled substances. (Dkt. Nos. 123, 125, 135.) On October 19, 2021, the Court sentenced him to three years of probation, and Mr. Israel-Morales began his supervision. (Dkt. Nos. 174, 175.)

    Mr. Israel-Morales now moves to modify the conditions of his supervision to allow him to use medical marijuana to treat his migraines. (Dkt. No. 242 at 2.) While the Court is sympathetic to his chronic migraines, the use of marijuana and its derivatives remains illegal under federal law. *See* 21 U.S.C. §§ 812(a), (b)(1)(B)–(C), (c)(Schedule 1)(c)(10), 823(f), 844. The Court therefore thus DENIES Mr. Israel-Morales's motion. (Dkt. No. 242.)

//

DATED this 2nd day of August 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE